■ THE PEOPLE OF THE STATE OF NEW YORK v. VINCENT HAMILL.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ ROSE W. GOLDSLEGER v. JOSEPH WEISS.— Motion for stay denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL DUNCAN.— Enlargement of time granted. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK v. RICHARD BRUNTROP.— Enlargement of time granted. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ In the Matter of SAMUEL ROSE, for Reinstatement to the Bar of the State of New York.— Motion denied in all respects. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

## (May 26, 1959)

■ JERRY LA PETER, Appellant, v. ARTHUR M. BERGER et al., Individually and as Copartners Doing Business under the Name of HOOVER MANUFACTURING & SALES CO., Respondents.— Judgment and order unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY PITCHCUSKIE (Also Known as STANLEY PINCHCUSKI), Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of JOHN J. LOGAN, Petitioner, against STEPHEN P. KENNEDY, as Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ ANNA IGNATS, Also Known as ANNA P. DANCIGERS, Individually and as Administratrix of the Estate of GEORGE E. DANCIGERS, Deceased, Respondent, v. JANIS ZALCMANIS et al., Appellants, et al., Defendants.— Judgments unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of SAMUEL EDELSTEIN, Petitioner, against J. CLARENCE DAVIS, JR., as Director of the Bureau of Real Estate of the Board of Estimate of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.